AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA  _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:17-mj-00543-VCF |
| | ) | |
| ROBERT PERKINS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 01/19/2018 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Jan 18, 2018

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 18 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY