# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00074-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | ECF No. 75 |
| ROBERT UMAJESTY PERKINS, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, May 26, 2020 at 11:00 a.m., be vacated and continued to September 8, 2020, at the hour of 9:30 a.m.

DATED this 19th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE