# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:18-cr-00074-JAD-EJY |
| v. | **ORDER** |
| ROBERT UMAJESTY PERKINS, | ECF No. 77 |
| Defendant. | |

Good cause appearing, IT IS THEREFORE ORDERED that the sentencing hearing in the above-captioned matter currently scheduled for September 8, 2020 at 9:30 a.m., be vacated and continued to September 21, 2020, at 3:00 p.m.

DATED this 13th day of July, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3