UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT UMAJESTY PERKINS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00074-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 81 |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Monday, September 21, 2020 at 3:00 p.m., be vacated and continued to January 11, 2021, at 2:00 p.m.

　　　DATED this 17th day of September 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3