UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT UMAJESTY PERKINS,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00074-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 85 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, January 11, 2021 at 2:00 p.m., be vacated and continued to April 12, 2021, at 3:00 p.m.

　　　DATED this 7th day of January 2021.

　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE