RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Robert Perkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>        v.<br><br>ROBERT PERKINS,<br><br>          Defendant. | Case No. 2:18-cr-074-JAD-EJY<br><br>**STIPULATION TO CONTINUE COMPETENCY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Robert Perkins, that the Competency Hearing currently scheduled on March 2, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs time to meet with Mr. Perkins via video visit and Tuesdays are her assigned video visit days. Tuesday, March 2nd is the soonest she will be able to visit with her client.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Competency hearing.

DATED this 26th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   |   |
|   /s/ Rebecca Levy<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender |   /s/ Simon F. Kung<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT PERKINS,<br><br>　　　　Defendant. | Case No. 2:18-cr-074-JAD-EJY<br><br>**ORDER** |

　　　Based on the pending Stipulation between the defense and the government, and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Competency hearing currently scheduled for Tuesday, March 2, 2021 at 10:00 a.m., be vacated and continued to March 22, 2021 at the hour of 11:00 a.m., in Courtroom 3D.

　　　DATED this 26th day of February 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE