RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Robert Perkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-074-JAD-EJY |
| Plaintiff, | **STIPULATION TO VACATE COMPETENCY HEARING** |
| v. | |
| ROBERT PERKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Robert Perkins, that the Competency Hearing currently scheduled on March 22, 2021 at 11:00 am, be vacated.

This Stipulation is entered into for the following reasons:

1. Defense counsel has met with Mr. Perkins and he does not wish to contest competency at this time. In addition, defense counsel wishes to proceed directly to sentencing.

DATED: March 5, 2021

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Simon F. Kung*<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT PERKINS,<br><br>    Defendant. | Case No. 2:18-cr-074-JAD-EJY<br><br>**ORDER** |

Based on the pending Stipulation between the defense and the government, and good cause appearing,

IT IS THEREFORE ORDERED that the Competency hearing currently scheduled for Monday, March 22, 2021 at 11:00 a.m., be vacated.

DATED this 5th day of March 2021.

_____
UNITED STATES MAGISTRATE JUDGE