RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_levy@fd.org

Attorney for Robert Umajesty Perkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT UMAJESTY PERKINS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00074-JAD-EJY<br><br>ORDER<br>**UNOPPOSED MOTION TO APPEAR BY VIDEO CONFERENCE** |

　　　　Robert Umajesty Perkins, through undersigned counsel, requests permission to appear by video conference for his initial appearance, scheduled for October 5, 2023.[1] Mr. Perkins is currently living in Virginia. This motion is unopposed.

　　　　On August 21, 2023, Mr. Perkins had his initial appearance and detention hearing in the Eastern District of Virginia. Mr. Perkins was released in Virginia. Mr. Perkins suffers from schizophrenia (in that he hears voices and does not maintain a basic level of traditional functioning) and struggles to live independently. To limit the amount of travel Mr. Perkins will need to do, it is requested that he be allowed to appear for his initial appearance via

---

[1] The parties anticipate filing a stipulation to continue the Initial Appearance for two weeks to allow time for the defendant to consult with the assigned attorney both in the District of Nevada and the Eastern District of Virginia. While this may not normally be necessary, Mr. Perkins requires significant assistance for even minor appearances to ensure he fully comprehends.

video. This will also reduce the cost to both Mr. Perkins and potentially the U.S. Marshals as they will be both be covering the costs of the cross-country flights. Not only would Mr. Perkins need financial assistance to fly he will need personal assistance.

DATED this September 26, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: /s/ Rebecca Levy
REBECCA LEVY
Assistant Federal Public Defender
Attorney for Robert Umajesty Perkins

IT IS SO ORDERED:

DANIEL J. ALBREGTS
United States Magistrate Judge

2

**CERTIFICATE OF ELECTRONIC SERVICE**

I certify that on September 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system. Participants in the case registered CM/ECF users will be served by the CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail: Robert Umajesty Perkins**.**

                                        */s/ Cecilia Valencia*
                                        Employee of the Federal Public Defender