RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Robert Umajesty Perkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT UMAJESTY PERKINS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00074-JAD-EJY<br><br>ORDER **TO CONTINUE INITIAL APPEARANCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Robert Umajesty Perkins, that the Initial Appearance Hearing currently scheduled on October 5, 2023 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

The Stipulation is entered into for the following reasons:

1. Additional time is needed to allow Mr. Perkins time to consult with counsel and make arrangements to appear via video in Virginia.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of September 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00074-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT UMAJESTY PERKINS, | |
| Defendant. | |

IT IS ORDERED that the Initial Appearance hearing currently scheduled for Thursday, October 5, 2023 at 2:30 p.m., be vacated and continued to October 20, 2023, at 11:00 a.m., and the defendant will appear via zoom and counsel will appear in Courtroom 3A.

DATED this 27th day of September 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3